### 3361.  NERO *v.* THE STATE.

RUSSELL, J.  The only assignment of error in this case is based on the claim that the act of 1910 (Ga. Laws 1910, p. 134), regulating the carrying of arms, is unconstitutional.  This question was decided adversely to the plaintiff in error, in the case of *Strickland* v. *State,* 137 *Ga.* 1 (72 S. E. 260).                                   *Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Accusation of carrying weapon without license; from city court of Macon—Judge Hodges.  March 25, 1911.

*Napier & Maynard,* for plaintiff in error.

*W. J. Grace, solicitor-general,* contra.

---

### 3364.  TYUS *v.* THE STATE.

RUSSELL, J.  The decision in this case is controlled by the ruling of this court in *Twilley* v. *State,* 9 *Ga. App.* 435 (71 S. E. 587).

*Judgment reversed.*

DECIDED NOVEMBER 7, 1911.

Accusation of gaming; from city court of Sparta—Judge Moore.  March 14, 1911.

*T. M. Hunt, R. H. Lewis,* for plaintiff in error.

*R. L. Merritt, solicitor,* contra.